In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-12-00464-CV

_____

IN THE INTEREST OF A.K.M., J.D.M., AND D.M.M.

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. F-201,904-H

**ORDER**

The appellant filed a motion to transfer a sealed reporter's record of a proceeding conducted on April 18, 2012 from the record of a mandamus proceeding arising out of the same case now on appeal.  The appellee did not file an objection to this request.

The appellant requested that additional items be included in the clerk's record. *See* Tex. R. App. P. 34.5(b). The appellee objected to the inclusion of correspondence from counsel for the appellee and oral and video-taped depositions that were not on file with the trial court at the time the trial court ruled on the case, but were filed with the district

1

clerk after this appeal had been perfected. In response, the appellant contends the trial court had been present for the depositions and considered them during the hearing.

Appellant's motion to file the original, sealed reporter's record previously filed in original proceeding No. 09-12-00179-CV in the record of this appeal is GRANTED. We direct the Clerk of the Court of Appeals to file the original reporter's record of the hearing in Appeal No. 09-12-00179-CV as a supplemental reporter's record in this appeal. The record shall remain under seal.

Appellee's objection to the inclusion of the depositions in the clerk's record is DENIED. The Court will determine whether a party requested unnecessary items when it takes up the merits of the case and assesses costs on appeal. *See* Tex. R. App. P. 34.5(b)(3).

ORDER ENTERED February 7, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.